IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00917-RPM-CBS

DIGITAL REPLAY, INC.,

     Plaintiff,

v.

QUEST FILMS, INC.,

     Defendants.

## ORDER FOR DISMISSAL

.     Pursuant to the Joint Stipulation to Dismiss filed on October 27, 2005, it is

ORDERED that the complaint and action are dismissed, each party to bear its own costs and attorney fees.

Dated: October 28th, 2005

                   BY THE COURT:

                   s/Richard P. Matsch
                   _____
                   Richard P. Matsch, Senior District Judge